IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:99cr55-MHT |
| | ) | (WO) |
| WILLIAM ABBOTT | ) | |

**ORDER**

This case is before the court on the "Brief of Amicus Curaie in Support of Petitioner" and incorporated motion to compel filed by Wykle D. Williams, Jr., pro se. As Williams is not a party to this criminal case and may not represent the defendant, it is ORDERED that the brief and motion (doc. no. 108) are struck from the docket.

DONE, this the 20th day of August, 2018.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**